**PEOPLE v. TARGUS.**

Appeal from Recorder's Court of Detroit, Wood (Andrew C.), J. Submitted October 7, 1968, at Detroit. (Docket No. 3,190.) Decided October 22, 1968.

Joseph Targus was convicted of careless driving. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Angelo A. Pentolino,* Assistant Prosecuting Attorney, for the people.

*Ronald R. Stempien,* for defendant.

PER CURIAM. Defendant was charged with and convicted of careless driving. PA 1965, No 262 (MCLA § 257.626[b], [Stat Ann 1968 Cum Supp § 9.2326(2)]).

On appeal defendant contends that there was insufficient evidence presented at trial to establish that he was the operator of the motor vehicle which had struck the complainant's car from the rear.

A review of the record discloses ample evidence to sustain the conviction.

Affirmed.

J. H. GILLIS, P. J., and R. B. BURNS and KELLEY, JJ., concurred.